LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHLEEN DARMAGNAC, ESQ. (SBN: 150843)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601

Attorneys for Defendant
CITY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DORNELL,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY OF SAN MATEO,<br><br>             Defendant. | **Case No.:   C12 6065 CRB**<br><br>**STIPULATION AND ORDER TO EXTEND ADR DEADLINE**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS the Court set a deadline for the parties to complete ADR efforts on or before June 6, 2013;

WHEREAS the parties agreed to mediate and have scheduled a mediation to occur on June 12, 2013 with Mark Petersen of Farella, Braun & Martel;

The parties hereby stipulate as follows:

That the deadline to complete ADR be extended to and including June 17, 2013.

**IT IS SO ORDERED**.

Dated:  April ___, 2013          **STUBBS & LEONE**

_____
KATHLEEN DARMAGNAC, ESQ.
Attorney for Defendant City of San Mateo

Dated:  April ___, 2013          **LAW OFFICES OF MICHAEL S. SORGEN**

_____
MICHAEL S. SORGEN, ESQ.
Attorney for Plaintiff Debra Dornell

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE
1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Good cause appearing therefore, IT IS SO ORDERED. The Court continues the case management conference currently on calendar for August 2, 2013 to August 9, 2013; the case management statement due not less than seven days prior to the conference.

Dated: April 24, 2013

_____
HON. CHARLES R. BREYER
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Charles R. Breyer