JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California 94104
Telephone:(415) 477-2410
Facsimile: (415) 477-2420

Attorneys for Plaintiff
DEBRA DORNELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DORNELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO,<br><br>Defendant. | Case No.: C12 6065 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties hereby stipulate to move the current case management conference currently on calendar for August 9, 2013 to August 30, 2013. The case management statement shall be due not less than seven days prior to the conference.

DATED: July 12 2013

THE STURDEVANT LAW FIRM
A Professional Corporation

By: /s/ *James C. Sturdevant*
JAMES C. STURDEVANT
Attorneys for Plaintiff

DATED: July 16 2013

STUBBS & LEONE

By: _____
KATHLEEN DARMAGNAC
Attorneys for Defendant City of San Mateo

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC    CASE NO. C12 6065 CRB

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __July 17, 2013__

