IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DORNELL, | No. CV 12-06065 CRB |
| Plaintiff, | **ORDER TAKING MOTION UNDER SUBMISSION** |
| v. | |
| CITY OF SAN MATEO, | |
| Defendant. | |

As the Court held from the bench at the October 18, 2013 hearing on Defendant's Motion to Dismiss (dkt. 37), the Court takes the Motion under submission and will reserve ruling on it until the parties participate in further mediation.

**IT IS SO ORDERED.**

Dated: October 21, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE