1  James C. Sturdevant (SBN 94551)
   (jsturdevant@sturdevantlaw.com)
2  THE STURDEVANT LAW FIRM
3  A Professional Corporation
   354 Pine Street, Fourth Floor
4  San Francisco, CA 94104
   Telephone: (415) 477-2410
5  Fax: (415) 477-2420

6
   Attorneys for Plaintiff
7  DEBRA DORNELL

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10
    DEBRA DORNELL,                    )   Case No.: C:12-6065-CRB
11                                    )
              Plaintiff,              )   **ORDER'GRANTING DEFENDANT**
12                                    )   **CITY OF'UCP'O CVGQ)U'O QVKQP**
              vs.                     )   **TO DISMISS**
13                                    )
    CITY OF SAN MATEO,                )
14                                    )
              Defendant.              )
15                                    )
16  _____)

17      Defendant CITY OF SAN MATEO's motion to dismiss Plaintiff DEBRA DORNELL's

18  Second Amended Complaint came on for hearing on January 24, 2014, counsel Kathleen

19  Darmagnac appearing for Defendant and counsel James Sturdevant appearing for Plaintiff.  The

20  Court having heard the arguments of counsel, considered the moving papers and papers in

21  opposition and in reply, orders:

22      Defendant's motion to dismiss Plaintiff's Third Cause of Action for violation of the

23  California Constitution, Art 1, §8, is GRANTED with prejudice.  Causes one and two remain.

24  Plaintiff's written request and oral motion for leave to amend is DENIED.

25      IT IS SO ORDERED.

26
    Dated: __January 29, 2013_____        _____
27                                           UNITED STATES DISTRICT JUDGE
                                             Honorable Judge Charles R. Breyer
28