```
 1  LOUIS A. LEONE, ESQ. (SBN: 099874)
    KATHLEEN DARMAGNAC, ESQ. (SBN: 150843)
 2  STUBBS AND LEONE
 3  A Professional Corporation
    2175 N. California Blvd., Suite 900
 4  Walnut Creek, CA 94596
    Telephone:  (925) 974-8600
 5  Facsimile:  (925) 974-8601
 6  darmagnack@stubbsleone.com

 7  Attorneys for Defendant
    CITY OF SAN MATEO
 8

 9
    JAMES C. STURDEVANT (SBN: 94551)
10  THE STURDEVANT LAW FIRM
    A Professional Corporation
11  354 Pine Street, Fourth Floor
    San Francisco, CA 94104
12  Telephone:  (415) 477-2410
13  Facsimile:  (415) 477-2420
    jsturdevant@sturdevantlaw.com
14
    Attorneys for Plaintiff
15  DEBRA DORNELL

16

17

18                  UNITED STATES DISTRICT COURT
19                 NORTHERN DISTRICT OF CALIFORNIA
20
    DEBRA DORNELL,                    Case No.:  C12 6065 CRB KAW
21
           Plaintiff,
22
                                      JOINT STIPULATION AND
23     vs.                            [PROPOSED] ORDER FOR DISMISSAL
                                      OF ACTION WITH PREJUDICE
24  CITY OF SAN MATEO,
25
           Defendant.
26

27     WHEREAS this case has been completely resolved by the settlement and a
28  written release of all claims by plaintiff Debra Dornell,
```

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

1

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED that this action shall be dismissed with prejudice in |
| 2 | its entirety. |
| 3 | |
| 4 | Dated: ~~February~~ March 4, 2014    STUBBS & LEONE |
| 5 | |
| 6 | By: _____ |
| 7 | KATHLEEN DARMAGNAC |
|   | Attorneys for Defendant CITY OF SAN MATEO |
| 8 | |
| 9 | |
| 10 | |
| 11 | Dated: ~~February~~ March 4, 2014    THE STURDEVANT LAW FIRM |
| 12 | |
| 13 | By: _____ |
|    | JAMES C. STURDEVANT |
| 14 | Attorney for Plaintiff DEBRA DORNELL |
| 15 | |
| 16 | |
| 17 | IT IS SO ORDERED: |
| 18 | |
| 19 | |
| 20 | Dated: ~~February~~ March 5, 2014 |
|    | _____ |
|    | UNITED STATES DISTRICT COURT JUDGE |